# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0705
LT Case No. 2023-CA-009035

_____

RONALD ST. PIERRE and BETH
ST. PIERRE,

     Appellants,

     v.

STATE FARM FLORIDA
INSURANCE COMPANY,

     Appellee.

_____


On appeal from the Circuit Court for Duval County.
G.L. Feltel, Jr., Judge.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for
Appellants.

C. Ryan Jones, Brandon R. Christian, David T. Burr, and
Matthew A. Taylor, of Traus Lieberman Straus &
Shrewsberry LLP, St. Petersburg, for Appellee.

May 29, 2026


HARRIS, J.

     Appellants, Ronald and Beth St. Pierre, appeal the trial
court's order granting Appellee's, State Farm Florida Insurance
Company, motion to dismiss their complaint. The basis for the

dismissal was that Appellants failed to comply with the notice requirement under section 627.70152, Florida Statutes. Appellants argue the trial court erred in dismissing their complaint because section 627.70152 cannot be retroactively applied to a homeowner's insurance policy issued before the statute's enactment. Consistent with Appellants' argument, this Court has previously held that the notice requirement in section 627.70152 does not apply retroactively. *See Smith v. Universal Prop. & Cas. Ins. Co.*, 396 So. 3d 860 (Fla. 5th DCA 2024). We therefore reverse the order dismissing the complaint and remand for further proceedings.

REVERSED and REMANDED.

JAY, C.J., and EDWARDS, J., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2